MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-6570
    Julie.Reagin@usdoj.gov

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 94-20009-002 RMW |
| Plaintiff, | |
| v. | [] ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT RE EMC CORPORATION |
| MARK D. BOSTJANICK, | |
| Defendant. | |
| EMC Corporation, | |
| Garnishee. | |

Upon consideration of the United States' Motion to Terminate Wage Garnishment and for good cause shown,

IT IS HEREBY ORDERED that the United States' Motion to terminate the Writ of Continuing Garnishment directed to EMC Corporation is granted.

///

///

ORDER GRANTING USA'S MTN TO TERMINATE WAGE GARNISHMENT
CR 94-20009-002 RMW                    1

1  IT IS FURTHER ORDERED that, effective August 2, 2015, the Writ of Continuing
2 Garnishment directed to EMC Corporation is withdrawn and terminated.

Dated: ï ÐFÐí

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING USA'S MTN TO TERMINATE WAGE GARNISHMENT
CR 94-20009-002 RMW                     2